```
MICHAEL MCGINNIS #55908
2100 TULARE STREET, SUITE 200
FRESNO, CALIFORNIA 93721
TEL: (559) 497-7979
FAX: (559) 441-0890

Attorney for Defendant
GERRILYNNE PICCHI
```

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GERRILYNNE PICCHI,<br><br>　　　　Defendant. | **Case No.: 06-CR-00132-OWW-ALL**<br><br>SUBSTITUTION OF ATTORNEYS |

MICHAEL J. MCGINNIS, Attorney at Law is hereby substituted as attorney of record for the Defendant, GERRILYNNE PICCHI, in place and instead of Daniel R. Harralson, Esq., Attorney at Law.

I hereby consent to the above substitution.

DATED: 05-08-06                         /s/ Michael J. McGinnis
                                        Michael J. McGinnis, Esq.

1

PDF created with pdfFactory trial version www.pdffactory.com

I hereby consent to the above substitution.

DATED:  05-08-06                          /s/ Daniel L. Harralson
                                          Daniel L. Harralson, Esq.

I hereby consent to the above substitution.

DATED:  05-08-06                          /s/ Gerrilynne Picchi
                                          Gerrilynne Picchi

**IT IS SO ORDERED**

DATED:      May 15, 2006                  /s/ OLIVER W. WANGER
                                          Oliver Wanger
                                          District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

1. I hereby certify that on May 9, 2006, I electronically filed the foregoing

2. SUBSTITUTION OF ATTORNEYS with the Clerk of the Court using the CM/ECF

3.

4. System which will send notification of such filing to CM/ECF participant(s).

5.

6. Dated: May 9, 2006

7. /s/Michael J. McGinnis

8.

9. Michael J. McGinnis